S.D.N.Y.-W.P.
12-cv-6057
Seibel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand fourteen.

Present:
> Robert D. Sack,
> Denny Chin,
> Susan L. Carney,
> > *Circuit Judges*.

Rebecca Montesa, individually and as a parent and
natural guardian of C.W., E.W. and N.W., infants, *et al.*,

> *Plaintiffs-Appellees*,

v.

Daniel Schwartz, *et al.*,

14-3721 (L);
14-3771 (con);
14-3811 (con)

> *Defendants-Appellants*,

East Ramapo Central School District,

> *Defendant*.

Appellants petition, pursuant to 28 U.S.C. § 1292(b), for leave to appeal the district court's ruling that the student-plaintiffs in this case have standing to sue under the Establishment Clause of the United States Constitution. Also pending before this Court are requests to file a reply in further support of the petitions, and to consolidate and expedite the appeals. Upon due consideration, it is hereby ORDERED that the request to file a reply and the petitions for leave to appeal are GRANTED.

SAO-SMH

CERTIFIED COPY ISSUED ON 12/02/2014

The request for consolidation is DENIED as moot, since the appeals are already consolidated. However, the parties are advised that each of their briefs should address all issues that are pending before this Court. Finally, the request to expedite the appeal is DENIED, since the need for that relief has not been demonstrated.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

SAO-SMH

A True Copy
Catherine O'Hagan Wolfe, Clerk
2 United States Court of Appeals, Second Circuit